**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Towery, et al., | No. CV-12-245-PHX-ROS |
| Plaintiffs, | DEATH PENALTY CASE |
| vs. | |
| Janice K. Brewer, et al., | **ORDER** |
| Defendants. | |

Plaintiffs Robert Towery and Robert Moormann have lodged a motion for preliminary injunction to stay their executions, along with a motion to exceed page limitations. Because Plaintiff Moormann's execution is set for February 29, 2012, the Court will grant the motion to exceed page limitations and will set an expedited briefing schedule on the motion for injunctive relief. The briefing schedule set herein does not abrogate the Court's order of February 6, 2012, directing Defendants to answer or otherwise respond to Plaintiffs' civil rights complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

Based on the foregoing,

**IT IS ORDERED** that Plaintiffs' Motion to Exceed Page Limitation and Memorandum in Support (Doc. 15) is **GRANTED**. The Clerk of Court shall file Plaintiffs' lodged motion for preliminary injunction (Doc. 16).

**IT IS FURTHER ORDERED** that Defendants shall file a response to Plaintiffs'

motion for preliminary injunction no later than **5:00 p.m. on Friday, February 17, 2012**. The response shall be no more than twenty-five pages.

**IT IS FURTHER ORDERED** that Plaintiffs may file a reply no later than **12:00 p.m. on Monday, February 20, 2012.** The reply shall be no more than fifteen pages.

**IT IS FURTHER ORDERED** Plaintiffs shall serve a copy of this Order on Defendants no later than **12:00 p.m. on February 15, 2012.**

DATED this 15th day of February, 2012.

_____
Roslyn O. Silver
Chief United States District Judge