**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Towery, et al., | No. CV-12-00245-PHX-NVW |
| Plaintiffs, | DEATH PENALTY CASE |
| vs. | |
| Janice K. Brewer, et al., | **ORDER** |
| Defendants. | |

Before the Court is Plaintiff Lopez's Motion to Exceed Page Limitation (Doc. 59). The 26-page length of the proposed memorandum is unjustified. The memorandum would benefit greatly from editing and focus on the alleged violations of legal rights and analysis. Despite the lack of justification, the overlong brief will be allowed to avoid the delay of rewriting it. This indulgence will not be repeated.

The Court will order briefing as follows. After considering the briefing, the Court will determine whether evidentiary hearing or oral argument is necessary to dispose of the Motion for Preliminary Injunction.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Exceed Page Limitation (Doc. 59) is granted, and the motion may be filed. The Clerk of the Court is directed to file the lodged motion.

**IT IS FURTHER ORDERED** that Defendants file a response to the Motion for Preliminary Injunction by **5:00 p.m. on Friday, May 4, 2012**.

**IT IS FURTHER ORDERED** that Plaintiffs may file a reply by **Noon on Sunday, May 6, 2012.**

DATED this 2nd day of May, 2012.

_____
Neil V. Wake
United States District Judge