**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Robert Towery, et al.,                          )   No. CV-12-245-PHX-NVW
                                                )
                    Plaintiffs,                 )
                                                )
vs.                                             )
                                                )
                                                )   **ORDER**
Janice K. Brewer, et al.,                       )
                                                )
                    Defendants.                 )
                                                )
_____ )

        Before the Court is the parties' joint motion to continue oral argument on Defendants'
motion to dismiss Plaintiffs' third amended complaint.  The Court will grant the motion with
the caveat that argument will be rescheduled if Defendants do not withdraw the motion or
if Plaintiffs do not seek leave to file a fourth amended complaint by September 28, 2012.

        Based on the foregoing,

        **IT IS ORDERED** granting the parties' Joint Motion to Continue Oral Argument Set
for August 22, 2012 (Doc. 103).

        **IT IS FURTHER ORDERED** that Plaintiffs may seek leave to file a fourth amended
complaint no later than **September 28, 2012**.

///

///

///

///

1    **IT IS FURTHER ORDERED** that if Plaintiffs seek leave to amend, Defendants shall

2    file a new motion to dismiss no later than fourteen (14) days after filing of the fourth

3    amended complaint.

4         DATED this 17th day of August, 2012.

5

6    _____

7    Neil V. Wake
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28