**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Towery, et al., | ) No. CV-12-245-PHX-NVW |
| Plaintiffs, | ) |
| vs. | ) |
| Janice K. Brewer, et al., | ) **ORDER** |
| Defendants. | ) |

Before the Court is the parties' joint motion to continue oral argument on Defendants' motion to dismiss Plaintiffs' third amended complaint. The Court will grant the motion with the caveat that argument will be rescheduled if Defendants do not withdraw the motion or if Plaintiffs do not seek leave to file a fourth amended complaint by September 28, 2012.

Based on the foregoing,

**IT IS ORDERED** granting the parties' Joint Motion to Continue Oral Argument Set for August 22, 2012 (Doc. 103).

**IT IS FURTHER ORDERED** that Plaintiffs may seek leave to file a fourth amended complaint no later than **September 28, 2012**.

///

///

///

///

**IT IS FURTHER ORDERED** that if Plaintiffs seek leave to amend, Defendants shall file a new motion to dismiss no later than fourteen (14) days after filing of the fourth amended complaint.

DATED this 17th day of August, 2012.

_____
Neil V. Wake
United States District Judge