1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE DISTRICT OF ARIZONA

8

9   Robert Charles Towery, et al.,          )   No. CV 12-00245-PHX-NVW
                                            )
10          Plaintiffs,                     )   **ORDER**
                                            )
11  vs.                                     )
                                            )
12                                          )
    Janice K. Brewer, et al.,               )
13                                          )
            Defendants.                     )
14  _____)

15          Before the Court is the Joint Motion for Extension of Time of August 27, 2012

16  Order (Doc. 105).  It is apparent that, without deciding whether it is technically moot,

17  much if not all of the Amended Complaint (Doc. 97) and the Motion to Dismiss (Doc.

18  100) are out of date and will need to be replaced.

19          IT IS THEREFORE ORDERED that the Motion to Dismiss (Doc. 100) is denied

20  without prejudice.

21          IT IS FURTHER ORDERED that the Joint Motion for Extension of Time of

22  August 27, 2012 Order (Doc. 105) is granted to the extent that Plaintiffs are granted leave

23  until October 26, 2012, to file a further amended complaint , a notice of voluntary

24  dismissal, other agreed disposition of the case, or a memorandum showing cause why the

25  Amended Complaint (Doc. 97) should not be dismissed as moot.

26          DATED this 25th day of September, 2012.

27

28  _____
                    Neil V. Wake
              United States District Judge