IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Charles Towery, et al., | ) | No. CV-12-00245-PHX-NVW |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | Death Penalty Case |
| Janice K. Brewer, et al., | ) | |
| Defendants. | ) | |

Upon Stipulation of Dismissal (Doc. 107) filed by the parties in the above-entitled action, this matter is dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) without prejudice.

**IT IS ORDERED**.

DATED this 24th day of October, 2012.

Neil V. Wake
United States District Judge